■ LAWRENCE KELLY, an Infant, by His Guardian ad Litem, CATHERINE KELLY, Appellant, et al., Plaintiff, v. B. TURECAMO CONTRACTING CO., INC., Respondent.— In an action to recover damages for personal injuries, the infant plaintiff appeals from so much of a judgment of the Supreme Court, Kings County, entered January 19, 1962 after trial, upon a jury's verdict, as is in defendant's favor and against the infant. Judgment, insofar as appealed from, affirmed, without costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.